UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFFICIENT ENTERPRISE SOLUTIONS, LLC,<br><br>                     Plaintiff,<br><br>-against-<br><br>INNONEO HEALTH TECHNOLOGIES, INC.,<br><br>                     Defendant. | Case No. 1:23-cv-09437 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On February 8, 2024, the Court set a pretrial conference for September 12, 2024. Dkt. 19 at 3. The Court ordered the parties "to submit a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates" "[n]o later than one week in advance of the conference." *Id.* The parties failed to abide by that deadline. Accordingly, the September 12, 2024 conference is ADJOURNED to September 19, 2024 at 12:30 p.m. The parties shall submit their joint letter no later than September 12, 2024.

Dated: September 6, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge