**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Efficient Enterprise Solutions, LLC., a New York, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Innoneo Health Technologies Inc., a Delaware Corporation, <br><br> Defendant. | Case No. 1:23-CV-09437-JLR <br><br> **STIPULATION FOR ENTRY OF CONSENT JUDGMENT** |

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Efficient Enterprise Solutions, LLC, a New York LLC ("EE Solutions"), through its undersigned counsel, and Defendant, Innoneo Health Technologies, Inc., a Delaware Corporation ("Innoneo"), through its undersigned counsel, stipulate and agree as follows:

1. Defendant, Innoneo, agrees to indebtness to Plaintiff, EE Solutions in a total amount of $211,742.26 dollars for outstanding invoices $37, 995.00 and a principal amount of $173,747.26.

2. No interest shall accrue for following 12 months (interest free period) after the date of execution of this stipulation, if payment of the total amount is paid in full to the Plaintiff.

3. Interest shall accrue on the total amount per the State of New York statutory interest rate after the expiration of the 12-month interest free period.

4. Defendant agrees to the entry of a consent judgment for total amount of $211, 742.26.

5. Defendant further agrees to pay attorney fees of $30,000.00 dollars if total amount is not paid in within the 12-month period.

6. This court shall retain jurisdiction to enforce this settlement.

7. All notices shall be sent to counsel of record.

Dated This 13th Day of January, 2025:

**AGREED**

**INNONEO HEALTH TECHNOLOGIES INC.**

By: /s/ Nicole A. Sullivan
         Counsel

Nicole A. Sullivan
7 Times Square, Suite 2900
New York, NY 10036-6524
Phone: 212.631.4420
Fax: 212.631.4429
Email: sullivann@whiteandwilliams.com
*Local Counsel for Defendant Innoneo Health Technologies Inc.*


By: /s/ Michael C. Whitticar
         Counsel

Michael C. Whitticar (V.S.B. No. 32968)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Phone: (571) 386-2980
Fax: (855) 295-0740
Email: mikew@novaiplaw.com
*Virginia Counsel for Defendant Innoneo Health Technologies Inc.*
*Pro Hac Vice* Planned


**EFFICIENT ENTERPRISE SOLUTIONS, LLC.**

/s/ Jerry D. Haynes
      Counsel

Jerry D. Haynes
HAYNES LEGAL GROUP
4850 Tamiami Trail N., Suite #301
Naples, Florida 34103
Telephone: (239) 788-1700
Fax:    (888) 394-2840
Email: jdhlaw@mac.com,
jdh@jerryhayneslegal.com
Attorney for Plaintiff

**SO ORDERED.**

_Jennifer Rochon_____
**JENNIFER L. ROCHON**
**United States District Judge**
Dated:  January 21, 2025
            New York, New York